| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-13381-AMC**

| | |
|---|---|
| Alice Sylvia Tucker | Petition Filed Date: 12/24/2021 |
| c/o Next Friend: Bentley Tucker | 341 Hearing Date: 02/04/2022 |
| 4721 Wallace Place | Confirmation Date: 05/04/2022 |
| Philadelphia  PA    19139 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/24/2023 | $190.00 | | 09/25/2023 | $190.00 | | 10/24/2023 | $190.00 | |
| 11/27/2023 | $190.00 | | 12/27/2023 | $190.00 | | 01/24/2024 | $190.00 | |
| 02/27/2024 | $190.00 | | 03/25/2024 | $190.00 | | 04/24/2024 | $190.00 | |
| 05/24/2024 | $190.00 | | 06/25/2024 | $190.00 | | 07/24/2024 | $190.00 | |

**Total Receipts for the Period:  $2,280.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,890.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | CITY OF PHILADELPHIA (LD)<br>»»  002 | Secured Creditors | $83.79 | $83.79 | $0.00 |
| 2 | POLICE & FIRE FCU<br>»»  003 | Unsecured Creditors | $6,411.06 | $2,884.86 | $3,526.20 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»»  004 | Secured Creditors | $900.75 | $900.75 | $0.00 |

**Chapter 13 Case No. 21-13381-AMC**

|  |
|---|
| **SUMMARY** |
| Summary of all receipts and disbursements from date filed through 7/31/2024: |

| | | | |
|---|---|---|---|
| Total Receipts: | $5,890.00 | Current Monthly Payment: | $190.00 |
| Paid to Claims: | $5,369.40 | Arrearages: | $190.00 |
| Paid to Trustee: | $520.60 | Total Plan Base: | $8,930.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.