Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
Chapter 13 Case No. 21-13381-AMC

Alice Sylvia Tucker  
c/o Next Friend: Bentley Tucker  
4721 Wallace Place  
Philadelphia  PA    19139

Petition Filed Date: 12/24/2021  
341 Hearing Date: 02/04/2022  
Confirmation Date: 05/04/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $190.00 | | 09/24/2024 | $190.00 | | 10/24/2024 | $190.00 | |
| 11/25/2024 | $190.00 | | 12/26/2024 | $190.00 | | 01/27/2025 | $190.00 | |
| 02/25/2025 | $190.00 | | 03/24/2025 | $190.00 | | 04/24/2025 | $190.00 | |
| 06/02/2025 | $190.00 | | 06/25/2025 | $190.00 | | 07/24/2025 | $190.00 | |

**Total Receipts for the Period: $2,280.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,170.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 1 | CITY OF PHILADELPHIA (LD)<br>»» 002 | Secured Creditors | $83.79 | $83.79 | $0.00 |
| 2 | POLICE & FIRE FCU<br>»» 003 | Unsecured Creditors | $6,411.06 | $4,982.46 | $1,428.60 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»» 004 | Secured Creditors | $900.75 | $900.75 | $0.00 |

**Chapter 13 Case No. 21-13381-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,170.00 | Current Monthly Payment: | $190.00 |
| Paid to Claims: | $7,467.00 | Arrearages: | $190.00 |
| Paid to Trustee: | $703.00 | Total Plan Base: | $8,930.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.