## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Alice Sylvia Tucker, *Debtor*. | Case No. 21-13381-AMC <br> Chapter 13 |

## Motion to Modify Plan After Confirmation

Debtor Alice Sylvia Tucker, through her attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on December 24, 2021. The plan was confirmed on May 4, 2022. The plan is a 100% plan.

2. A claim was filed post-confirmation by the City of Philadelphia Law Dept. and it has yet to be addressed in the plan.

3. The Debtor wants to amend her plan to address the proof of claim.

4. The proposed plan addresses the claim by increasing the length of the Debtor's plan to 53 months and lowering her payments to $174 beginning in December 2025.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 52 as the new confirmed plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: November 10, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com