UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Alice Sylvia Tucker,<br><br>*Debtor*. | Case No. 21-13381-AMC<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Michael A. Cibik, certify that on November 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan After Confirmation and Proposed Order

- Notice of Motion to Modify Plan After Confirmation

- Modified Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: November 10, 2025

                                                   /s/ Michael A. Cibik
                                                   Michael A. Cibik (#23110)
                                                   Cibik Law, P.C.
                                                   1500 Walnut Street, Suite 900
                                                   Philadelphia, PA 19102
                                                   215-735-1060
                                                   mail@cibiklaw.com

**Mailing List Exhibit:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
Tax & Revenue Unit
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595
Method of Service: First Class Mail

**Police and Fire Federal Credit Union**
One Greenwood Square
3333 Street Road
Bensalem, PA 19020
Method of Service: First Class Mail

**City of Philadelphia Law Department**
Tax & Revenue Unit
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595
Method of Service: First Class Mail