Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Alice Sylvia Tucker
c/o Next Friend: Bentley Tucker
4721 Wallace Place
Philadelphia, PA 19139

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 21-13381-AMC**

Petition Filed Date: 12/24/2021
341 Hearing Date: 02/04/2022
Confirmation Date: 05/04/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/09/2025 | $190.00 | | 10/08/2025 | $190.00 | | 11/10/2025 | $190.00 | |
| 12/08/2025 | $174.00 | | 01/09/2026 | $174.00 | | 02/09/2026 | $174.00 | |
| 03/09/2026 | $174.00 | | 04/08/2026 | $174.00 | | 05/11/2026 | $174.00 | |

**Total Receipts for the Period: $1,614.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,784.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»» 002 | Secured Creditors | $83.79 | $83.79 | $0.00 |
| 3 | POLICE & FIRE FCU<br>»» 003 | Unsecured Creditors | $6,411.06 | $6,400.65 | $10.41 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»» 004 | Secured Creditors | $976.45 | $976.45 | $0.00 |
| 4 | DR JOEL TAUBIN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | EOS CCA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-13381-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,784.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $8,960.89 | Arrearages: | $190.00 |
| Paid to Trustee: | $823.11 | Total Plan Base: | $9,974.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.