United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-13381-amc
Alice Sylvia Tucker Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Oct 28, 2026 Form ID: 138OBJ Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alice Sylvia Tucker, 4721 Wallace Place, Philadelphia, PA 19139-2836 |
| 14657828 | + | Bentley Shaqueena Tucker, 4721 Wallace Place, Philadelphia, PA 19139-2836 |
| 14657829 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14657833 | | Dr. Joel Taubin, 1920 L St NW Ste 350, Washington, DC 20036-5072 |
| 14657838 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14657840 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 28 2026 23:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2026 23:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14660163 | | Email/Text: megan.harper@phila.gov | Oct 28 2026 23:27:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14657831 | | Email/Text: megan.harper@phila.gov | Oct 28 2026 23:27:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14690844 | | Email/Text: megan.harper@phila.gov | Oct 28 2026 23:27:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14657830 | | Email/Text: megan.harper@phila.gov | Oct 28 2026 23:27:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14657832 | + | Email/Text: bankruptcy@philapark.org | Oct 28 2026 23:27:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14657834 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 28 2026 23:27:00 | EOS CCA, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14657835 | | Email/Text: bankruptcycourts@equifax.com | Oct 28 2026 23:27:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14657836 | ^ | MEBN | Oct 28 2026 23:09:10 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14657837 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2026 23:27:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14657839 | + | Email/Text: bankruptcy@philapark.org | Oct 28 2026 23:27:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |

| | | | | |
|---|---|---|---|---|
| 14657841 | + | Email/Text: bankruptcy1@pffcu.org | Oct 28 2026 23:27:00 | Police & Fire Fed. Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14668514 | + | Email/Text: bankruptcy1@pffcu.org | Oct 28 2026 23:27:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14657842 | | Email/Text: DASPUBREC@transunion.com | Oct 28 2026 23:27:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14657843 | + | Email/Text: PHILAW@weltman.com | Oct 28 2026 23:27:00 | Weltman, Weinberg & Reis Co., LPA, 170 S Independence Mall W Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Alice Sylvia Tucker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 138OBJ* (6/24)−doc 62 − 61

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Alice Sylvia Tucker | ) | Case No. 21−13381−amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed on or before **November 27, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 28, 2026

For The Court

Mohung Wong
Clerk of Court